**Order entered April 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00339-CV

**METHODIST HOSPITALS OF DALLAS, Appellant**

**V.**

**VICKIE MILES, INDIVIDUALLY, AS THE REPRESENTATIVE FOR ALL WRONGFUL DEATH BENEFICIARIES, AND AS AN HEIR AT LAW AND REPRESENTATIVE OF THE ESTATE OF W.T. MAYES, DECEASED, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16088**

## ORDER

Before the Court is appellant's April 22, 2019 unopposed first motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before May 20, 2019.

/s/    ERIN A. NOWELL
        JUSTICE